UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

C2 Communications Technologies, Inc.,

        Plaintiff,

vs.

PAETEC Corporation *et al.*,

        Defendants.

NO. 6:09-314-FHS

## UNOPPOSED MOTION TO DISMISS

Plaintiff hereby moves without opposition to dismiss TDS Telecommunications Corp. from this action without prejudice.

Respectfully submitted this 5th day of November 2009.

SUSMAN GODFREY, L.L.P.

/s/ *Ian B. Crosby*
William C. Carmody
Texas Bar No. 03823650
  (*pro hac vice*)
654 Madison Avenue
Fifth Floor
New York, NY 10065
Tel. (212) 336-8334
Fax (212) 336-8340
bcarmody@susmangodfrey.com

Ian Bradford Crosby
Wash. St. Bar No. 28461
  (*pro hac vice*)
1201 Third Avenue
Suite 3800
Seattle, Washington 98101
Tel. (206) 516-3861
Fax (206) 516-3883
icrosby@susmangodfrey.com

STIPE HARPER LAIZURE USELTON
BELOTE MAXCEY & THETFORD

Of counsel:

THE WARE FIRM
Leslie D. Ware
Texas Bar No. 00785179
  (*pro hac vice*)
lware@thewarefirm.com
Donald Puckett
Texas Bar No. 24013358
  (*pro hac vice*)
dpuckett@thewarefirm.com
Mark W. Born
Texas Bar No. 24034334
  (*pro hac vice*)
mborn@thewarefirm.com
201 Cedar Springs Blvd
Suite 1900
Dallas, Texas 75201
Tel. (214) 744-5000
Fax (214) 744-5013

WARD & OLIVO
John W. Olivo, Jr.
NY State Bar No. JO-3382

Eddie Harper
OBA# 3878
343 East Carl Albert Parkway
PO Box 1369
McAlester, OK 74502
(918) 423-0421 Phone
(918) 423-0266 Fax

John F. Ward
NY State Bar No. JW-8012
380 Madison Avenue
New York, New York 10017
Tel: 212-697-6262
Fax: 212-972-5866
olivoj@wardolivo.com
wardj@wardolivo.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF CONFERENCE**

Counsel for plaintiff has conferred with counsel for defendants and certifies that defendants consent to entry of the relief requested in this motion.

*/s/ Ian B. Crosby*
Ian B. Crosby

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

*/s/ Ian B. Crosby*
Ian B. Crosby

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| C2 Communications Technologies, Inc., ) | |
| ) | |
| Plaintiff, ) | NO. 6:09-314-FHS |
| vs. ) | |
| ) | |
| PAETEC Corporation *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER OF DISMISSAL**

Plaintiff's Unopposed Motion to Dismiss is GRANTED. TDS Telecommunications Corp. is hereby DISMISSED from this action without prejudice.

So ORDERED this ___ day of November 2009.

_____
UNITED STATES DISTRICT JUDGE